UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| FIRST UNUM LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MU-YING LIN, Individually and as Trustee of the Sean Egeran Living Trust; and GAY KRAUSS<br><br>Defendants. |

26-cv-2007 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

Dated: New York, NY
September 25, 2026

JED S. RAKOFF, U.S.D.J.